UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CV-62435-KAM

FLORENCE LUNDE,

    Plaintiff,

        vs.

HAIR FRENZY SALON, INC., a Florida
profit corporation, d/b/a HAIR FRENZY
SALON & SPA, and AD PEMBROKE
LAND COMPANY, LLC, a foreign limited
liability company,

    Defendants.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, FLORENCE LUNDE, and Defendant, HAIR FRENZY SALON, INC., d/b/a HAIR FRENZY SALON & SPA (hereafter, "the parties"), by and through the undersigned attorney, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action as to Defendant HAIR FRENZY SALON, INC., **only** with prejudice. All parties shall bear their own attorneys' fees, costs and expenses other than those specified in said Confidential Settlement Agreement, and, other than enforcement of said settlement agreement, agree not to file any additional motions in this matter. The Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement. All parties consent to the form and content of this Stipulation and Order.

**SIGNATURE BLOCK ON NEXT PAGE**

Dated March 16, 2012

1

Respectfully Submitted,

By: s/Ronald Stern
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd., Ste. 503
Hallandale Beach, Florida 33009
Telephone:   (954) 639-7016
Facsimile:    (954) 639-7198
Attorney for Plaintiff, FLORENCE LUNDE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CV-62435-KAM

FLORENCE LUNDE,

    Plaintiff,

        vs.

HAIR FRENZY SALON, INC., a Florida
profit corporation, d/b/a HAIR FRENZY
SALON & SPA, and AD PEMBROKE
LAND COMPANY, LLC, a foreign limited
liability company,

    Defendants.
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 16th day of March, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified and documents will be served either via transmission of Notices of Electronic Filing generated by CM/ECF or Via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/Ronald Stern
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd., Ste. 503
Hallandale Beach, Florida 33009
Telephone:   (954) 639-7016
Facsimile:   (954) 639-7198
Attorney for Plaintiff, FLORENCE LUNDE

3

**SERVICE LIST:**

FLORENCE LUNDE v. HAIR FRENZY SALON, INC., a Florida profit corporation, d/b/a HAIR FRENZY SALON & SPA, and AD PEMBROKE LAND COMPANY, LLC, a foreign limited liability company

CASE NO. 11-CV-62435-KAM

United States District Court, Southern District Of Florida

Attorney for HAIR FRENZY SALON, INC.,
a Florida profit corporation, d/b/a HAIR FRENZY
SALON & SPA

Arthur Vincent, Esq.
LAW OFFICES OF ARTHUR VINCENT
800 East Broward Boulevard, Suite 607
Fort Lauderdale, FL 33301
Telephone: (954) 524-9494
Facsimile: (954) 653-5027

**VIA CM/ECF**


Attorney for AD PEMBROKE
LAND COMPANY, LLC

K. Stuart Goldberg, Esq.
LUKS, SANTANIELLO, PETRILLO & JONES
110 SE Sixth Street, 20th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 761-9900
Facsimile:  (954) 761-9940

**VIA CM/ECF**