UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CV-62435-KAM

FLORENCE LUNDE,

      Plaintiff,

      vs.

HAIR FRENZY SALON, INC., a Florida
profit corporation, d/b/a HAIR FRENZY
SALON & SPA, and AD PEMBROKE
LAND COMPANY, LLC, a foreign limited
liability company,

      Defendants.
_____/

## ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the parties' Stipulation for Dismissal With Prejudice pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the Court having reviewed the Stipulation and being otherwise advised in the premises, it is therefore,

ORDERED and ADJUDGED that this action is dismissed with prejudice as to Defendant HAIR FRENZY SALON, INC., d/b/a HAIR FRENZY SALON & SPA **only**. All parties shall bear their own attorney's fees and costs. The Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement.

DONE AND ORDERED in Chambers at _PALM BEACH_ County, Florida this _16th_ day of _MARCH_, 2012.

                                                                           UNITED STATES DISTRICT COURT JUDGE

Copies to:
All parties of record