UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-62435-MARRA/JOHNSON

FLORENCE LUNDE,

       Plaintiff,

vs.

HAIR FRENZY SALON, INC., a
Florida Profit Corporation, d/b/a
HAIR FRENZY SALON & SPA, and
AD PEMBROKE LAND COMPANY,
LLC, a Foreign Limited Liability Company,

       Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

      Plaintiff, FLORENCE LUNDE, and Defendant, AD PEMBROKE LAND COMPANY, LLC, (hereafter, "the parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action with prejudice as to AD PEMBROKE LAND COMPANY, LLC. All parties consent to the form and content of this Stipulation and Order. A resolution of any or all matters in dispute has been reached. All parties shall bear their own attorneys' fees, costs and expenses and agree not to file any additional motions with respect to the issues in this litigation. All parties consent to the form and content of this Stipulation and Order.

Dated this 12th day of June, 2012.


Respectfully submitted by:
s/Ronald E. Stern
Ronald E. Stern, Esq.
Florida Bar No.: 10089
THE ADVOCACY LAW FIRM, P.A.

1250 East Hallandale Beach Boulevard, Suite 503
Hallandale Beach, Florida 33009
Telephone:     (954) 639-7016
Facsimile: (954) 639-7198
Attorney for Plaintiff FLORENCE LUNDE

s/K. Stuart Goldberg
K. Stuart Goldberg, Esq.
Florida Bar No.: 860948
LUKS, SANTANIELLO, PETRILLO & JONES
110 S.E. 6th Street, 20th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 761-9900
Facsimile:  (954) 761-9940
Attorney for Defendant AD PEMBROKE LAND COMPANY, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CV-62435-KAM

FLORENCE LUNDE,

    Plaintiff,

        vs.

HAIR FRENZY SALON, INC., a
Florida Profit Corporation, d/b/a
HAIR FRENZY SALON & SPA, and
AD PEMBROKE LAND COMPANY,
LLC, a Foreign Limited Liability Company,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 12th day of June, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified and documents will be served either via transmission of Notices of Electronic Filing generated by CM/ECF or Via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/Ronald Stern
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd., Ste. 503
Hallandale Beach, Florida 33009
Telephone:   (954) 639-7016
Facsimile:    (954) 639-7198
Attorney for Plaintiff, FLORENCE LUNDE

**SERVICE LIST:**

FLORENCE LUNDE v. HAIR FRENZY SALON, INC., a Florida Profit Corporation, d/b/a HAIR FRENZY SALON & SPA, and AD PEMBROKE LAND COMPANY, LLC, a Foreign Limited Liability Company

CASE NO. 11-CV-62435-KAM

United States District Court, Southern District Of Florida

Attorney for AD PEMBROKE LAND COMPANY, LLC

K. Stuart Goldberg, Esq.
LUKS, SANTANIELLO, PETRILLO & JONES
110 S.E. 6th Street, 20th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 761-9900
Facsimile: (954) 761-9940

**VIA CM/ECF**