UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-62435-MARRA/JOHNSON

FLORENCE LUNDE,

    Plaintiff,

vs.

HAIR FRENZY SALON, INC., a
Florida Profit Corporation, d/b/a
HAIR FRENZY SALON & SPA, and
AD PEMBROKE LAND COMPANY,
LLC, a Foreign Limited Liability Company,

    Defendants.
_____/

## ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on Plaintiff, FLORENCE LUNDE, and Defendant, AD PEMBROKE LAND COMPANY, LLC (hereafter, "the parties") Stipulation for Dismissal With Prejudice pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the Court having reviewed the Stipulation and being otherwise advised in the premises, it is therefore,

ORDERED and ADJUDGED that this action is dismissed with prejudice. The parties shall bear their own attorneys' fees, costs and expenses.

DONE AND ORDERED in Chambers at _____ County, Florida this _____ day of _____, 2012.

                                            _____
                                            UNITED STATES DISTRICT COURT JUDGE

Copies to: All parties of record