UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62435-CIV-MARRA/HOPKINS

FLORENCE LUNDE,,

      Plaintiff,

vs.

HAIR FRENZY SALON, INC., a Florida
profit corporation, d/b/a HAIR FRENZY
SALON & SPA, and AD PEMBROKE
LAND COMPANY, LLC, a foreign limited
liability, company

      Defendants,

_____/

## ORDER DISMISSING CASE

THIS CAUSE is before the Court upon Plaintiff Florence Lunde and Defendant Ad

Pembroke Land Company, LLC's Joint Stipulation for Dismissal With Prejudice (DE 39), filed

on June 12, 2012.  The Court has carefully reviewed the record herein and is otherwise fully

advised in the premises.  The Court notes that Defendant Hair Frenzy Salon, Inc. was dismissed

from this matter on March 19, 2012.  DE 23.  Because there are no remaining Defendants in this

matter, it is hereby:

      **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.

The parties shall bear their own attorney's fees and costs.

The Clerk of this Court shall **CLOSE**  this case and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 13th day of 2012.

_____

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE